IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

    Plaintiff,      No. CIV S-08-3009 JAM GGH P

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.      FINDINGS & RECOMMENDATIONS
_____/

    Plaintiff is a state prisoner proceeding pro se. Plaintiff challenges high parole supervision levels flowing from his status as a registered sex offender. Court records reveal that plaintiff is proceeding with another action in this court raising the same claim, CIV S-07-2164 FCD KJM P. See March 23, 2009, Order and Findings and Recommendations filed in CIV S 07-2164 FCD KJM P, pp. 10-11 (discussing high control parole status claims). Due to the duplicative nature of the present action, the court will recommend that this action be dismissed.

    In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 1, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

bow3009.di