IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

    Petitioner,                    No. CIV S-08-3009 JAM GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.                 FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 6, 2009, this action was construed as a petition for writ of habeas corpus and petitioner was granted thirty days' leave to file a petition for writ of habeas corpus. On June 12, 2009, petitioner filed an address change. On June 22, 2009, petitioner was re-served with the May 6th order. The thirty day period has now expired, and petitioner has not filed an application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Petitioner is advised that failure to file objections within the
2 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3 | F.2d 1153 (9th Cir. 1991).
4 | DATED: August 19, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
bowm3009.fta