IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

        Petitioner,                    No. CIV S-08-3009 JAM GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

        Respondents.              <u>ORDER</u>

_____/

       By order filed May 6, 2009, this action was construed as a petition for writ of habeas corpus and petitioner was granted thirty days to file a habeas corpus petition. Thirty days passed and petitioner did not file a habeas corpus petition. Accordingly, on August 20, 2009, the court recommended that this action be dismissed.

       On September 17, 2009, petitioner filed objections to the findings and recommendations. Petitioner states that he did not receive the May 6, 2009, order because he was homeless at the time it was filed.

       Good cause appearing, the August 20, 2009, findings and recommendations are vacated. The court will direct the Clerk to re-serve petitioner with the May 6, 2009, order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 20, 2009, findings and recommendations (no. 15) are vacated;

2. The Clerk of the Court is directed to re-serve petitioner with the May 6, 2009, order (no. 14);

3. Petitioner is granted thirty days from the date of this order to file a habeas corpus petition.

DATED: September 29, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

bow3009.hab