IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

    Plaintiff,                      No. CIV S-08-3009 JAM GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

                        /              ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff challenges a condition of his parole that he wear a GPS device. He seeks injunctive and declaratory relief. On May 6, 2009, the undersigned construed this action as a petition for writ of habeas corpus because plaintiff was incarcerated pursuant to a parole violation based on his refusal to wear the GPS device. Plaintiff was ordered to file a habeas corpus petition.

        On October 20, 2009, plaintiff filed a motion to reinstate his civil rights action. Plaintiff alleges that he was released from the parole violation sentence he was serving based on his refusal to wear the GPS device. Plaintiff alleges that he has since been re-incarcarated based on "a multitude of different charges." Apparently, plaintiff is serving a sentence based on a new parole violation. Plaintiff alleges that a finding that he should not be required to wear the GPS

1

...

while on parole would have no impact on his present incarceration.

Although it is not entirely clear that plaintiff's claims should not be brought in habeas, plaintiff's civil rights action is reinstated based on the representations in his October 20, 2009, pleading. On October 23, 2009, plaintiff filed a motion requesting that he not be required to file a habeas petition until the court considers his October 20, 2009, motion to reinstate his civil rights action. This motion is denied as unnecessary.

Plaintiff's application to proceed in forma pauperis has not been previously addressed. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff's amended complaint states a minimally colorable claim for relief.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendants: A. Schwarzenegger, G. Brown, M. Cate, M. Lopez, D. Shelton, Agent McMillin.

\\\\\

      4. The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed January 9, 2009.

      5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 3 above; and

        d. Seven copies of the endorsed amended complaint filed January 9, 2009.

      6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

      7. Plaintiff's motion for proceedings to be reinstated (no. 20) is granted;

      8. Plaintiff's October 23, 2009, motion for extension of time (no. 21) is denied.

DATED: 11/16/09

                      /s/ Gregory G. Hollows

                      UNITED STATES MAGISTRATE JUDGE

bow3009.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

    Plaintiff,                                           No. CIV S-08-3009 JAM GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,            NOTICE OF SUBMISSION

    Defendants.                                         OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____  completed summons form

    _____  completed USM-285 forms

    _____  copies of the _____ Complaint/Amended Complaint

DATED:

_____
Plaintiff